**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>C. PFEIFFER, et al.,<br><br>Defendants. | Case No.: 1:20-cv-01522-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DIRECTING PLAINTIFF TO PAY THE $400 FILING FEE IN FULL WITHIN TWENTY-ONE DAYS<br><br>(Doc. No. 4) |

Plaintiff Guillermo Trujillo Cruz is proceeding pro se in this civil rights action under 42 U.S.C. § 1983.

On October 30, 2020, the Magistrate Judge issued Findings and Recommendation recommending that Plaintiff not be allowed to proceed in forma pauperis under 28 U.S.C. § 1915(g) in this action and instead be directed to pay the $400 filing fee if he wishes to proceed with this action. Doc. No. 4. The Findings and Recommendations were served on Plaintiff and contained notice that objections were due within fourteen days. Id. After receiving an extension of time, Plaintiff filed objections on November 25, 2020. Doc. No. 7.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The October 30, 2020 Findings and Recommendations (Doc. No. 4) are adopted;
2. Within twenty-one (21) days from the date of service of this order, Plaintiff shall pay the $400 filing fee in full; and
3. The failure to pay the filing fee in full will result in dismissal of the action.

IT IS SO ORDERED.

Dated: December 21, 2020

SENIOR DISTRICT JUDGE