**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. PFEIFFER, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-01522-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF THIRTY DAYS TO SUBMIT FILING FEE<br><br>(ECF No. 13) |

Plaintiff Guillermo Trujillo Cruz is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 28, 2021, Plaintiff was directed to pay the $400.00 filing fee in full within fourteen days.  (ECF No. 11.)

On February 11, 2021, Plaintiff filed a motion to retain the pending case.  (ECF No. 13.)  Plaintiff contends that he is without his legal property and requests the case remain open until his property if returned.  (Id.)  The Court construes Plaintiff's request as an extension of time to submit the filing fee in this action.  The Court will grant Plaintiff's request at this time; however, Plaintiff is advised that access to his legal property is not necessary to pay the $400.00 filing fee in this action and no further extensions of time will be granted to do so, absent extraordinary circumstances, not present here.

///

///

1

Accordingly, it is HEREBY ORDERED that Plaintiff is granted **thirty (30)** days from the date of service of this order to submit the $400.00 filing fee or the action will be dismissed by the assigned district judge.

IT IS SO ORDERED.

Dated:   **February 16, 2021**

UNITED STATES MAGISTRATE JUDGE