UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>            Plaintiff,<br><br>    v.<br><br>C. PFEIFFER, et al.,<br><br>            Defendants. | Case No.: 1:20-cv-01522-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION REGARDING PAYMENT OF FILING FEE<br><br>(ECF No. 17) |

Plaintiff Guillermo Trujillo Cruz is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 21, 2020, Plaintiff was directed to pay the $400.00 filing fee in full within fourteen days because he has suffered three or more strikes under 28 U.S.C. §1915(g) and he failed to demonstrate imminent danger of physical harm.  (ECF No. 9.)

On January 28, 2021, the Court denied Plaintiff's motion for reconsideration of the Court's December 21, 2020 order and directed Plaintiff to pay the $400.00 filing in fee within fourteen days or the action would be closed without future notice.  (ECF No. 11.)

On February 17, 2021, the Court granted Plaintiff's request for a thirty day extension of time to submit the filing fee.  (ECF No. 14.)

On March 19, 2021, Plaintiff filed a motion requesting that the Court allow him to pay the filing in fee by way of installment payments.  (ECF No. 15.)

On March 25, 2021, the Court denied Plaintiff's motion to pay the filing fee by way of installment payments.  (ECF No. 16.)

///

///

1

1      Currently before the Court is Plaintiff's response to the Court's March 25, 2021.  (ECF No.
2 17.)  Plaintiff now requests that he be allowed to pay the filing fee by way "doing some kind of
3 community service outside prison grounds."  (Id.)  Plaintiff's request must be denied.
4      As stated in the Court's March 25, 2021 order, Plaintiff is required to pay the $400.00 filing
5 fee in full before this action can proceed.  The filing fee requirement must be fulfilled by way of
6 United States currency, and Plaintiff cannot attempt to pay by way of community service.  28 U.S.C. §
7 1914.  Accordingly, Plaintiff's motion to pay the filing fee by way of community service is denied,
8 and pursuant to the Court's March 25, 2021 order, the filing fee is due on or before **April 19, 2021,** or
9 the action will be dismissed by the District Judge.

11 IT IS SO ORDERED.

12 Dated:   **April 8, 2021**

13                                                   UNITED STATES MAGISTRATE JUDGE